## OKLAHOMA CITY RY. CO. v. DIAB.

No. 1138.   Opinion Filed September 26, 1911.

(118 Pac. 351.)

**CONTRIBUTORY NEGLIGENCE—Last Clear Chance.** The syllabus is the same as in Oklahoma City Railway Company v. Saida Barkett, ante, 118 Pac. 350, just decided.

(Syllabus by Ames, C.)

*Error from District Court, Oklahoma County; George W. Clark, Judge.*

Action by Rosa Diab against the Oklahoma City Railway Company. Judgment for plaintiff, and defendant brings error. Reversed and remanded.

*Shartel, Keaton & Wells,* for plaintiff in error.

*Wm. L. McCann* and *S. A. Byers,* for defendant in error.

Opinion by AMES, C.   This case arises out of the same accident as the Saida Barkett case, which has just been decided, *Oklahoma City Railway Company v. Barkett, ante,* 118 Pac. 350. The cases were tried together in the lower court, although separate verdicts were rendered, and the cases have been briefed and argued orally together in this court.

The instruction complained of in this case is identical with the instruction complained of in the Barkett case, and for the reasons stated in the opinion in that case this should also be reversed and remanded.

By the Court: It is so ordered.

All the Justices concur.